UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BENJAMIN C. ILDEFONSO,

                          Petitioner,

    -v-                                       9:18-CV-1159
                                             (DNH/ATB)

ROSEMARIE WENDLAND, Superintendent,

                          Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

BENJAMIN C. ILDEFONSO
Petittioner pro se
13-B-1412
Otisville Correctional Facility
Box 8
Otisville, NY 10963

HON. LETITIA JAMES                        DENNIS A. RAMBAUD, ESQ.
Attorney General for the State of New York    Ass't Attorney General
Attorney for Respondent
28 Liberty Street
New York, NY 10005

DAVID N. HURD
United States District Judge

# DECISION and ORDER

       Pro se petitioner Benjamin C. Ildefonso brought this petition for habeas relief pursuant to 28 U.S.C. § 2254. On October 31, 2019, the Honorable Andrew T. Baxter, United States Magistrate Judge, advised by Report-Recommendation that the petition be denied and dismissed and no certificate of appealability be issued. No objections to the

Report-Recommendation were filed.

Based upon a careful review of entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. The petition for a writ of habeas corpus is DENIED and DISMISSED; and

2. No Certificate of Appealability shall be issued.

IT IS SO ORDERED.

_____
United States District Judge

Dated: January 6, 2020
       Utica, New York.